DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN BRIGGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1585

[February 16, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562017CF001902B.

David M. Lamos, Fort Pierce, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Pursuant to a plea agreement, Appellant was sentenced to fifteen years in prison, with a ten-year mandatory minimum sentence. Post-sentence, he filed a motion under Florida Rule of Criminal Procedure 3.170(*l*), seeking to withdraw his plea of nolo contendere. Appellant's motion contended that his plea was involuntary because his attorney failed to inform him that he was eligible for a youthful offender status. The trial court denied the motion without holding an evidentiary hearing, stating in its order that "even if the court had the discretion to impose a Youthful Offender sentence, based upon the egregious facts of this case, the court would impose the same sentence, regardless."

"[W]hen a motion to withdraw is filed after sentencing, the burden is upon the appellant to show that 'a manifest injustice has occurred.'" *Hall v. State*, 72 So. 3d 290, 293 (Fla. 4th DCA 2011) (quoting *Snodgrass v. State*, 837 So. 2d 507, 508 (Fla. 4th DCA 2003)). Appellant failed to satisfy this burden. Appellant has not asserted, either in his motion below or in his appeal, that but for his attorney's misadvice, Appellant would not have pled guilty and would have insisted on going to trial. "This is fatal to his

claim." *Alfred v. State*, 998 So. 2d 1197, 1200 (Fla. 4th DCA 2009). Moreover, in light of the trial court's pronouncement that it would not have reduced Appellant's sentence per the permissive (not mandatory) youthful offender sentencing option, Appellant has not demonstrated prejudice or harmful error. Accordingly, the trial court did not abuse its discretion in denying the motion to withdraw plea.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**